UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL MOTORS, LLC,<br>　　　　Plaintiff-in-Interpleader,<br>　v.<br>CAROLYN JEANNE FOWLER, et al.,<br>　　　　Defendants-in-Interpleader. | No.  CV 20-199 PA (PLAx)<br>JUDGMENT IN INTERPLEADER |

In accordance with the Court's June 16, 2020 Order granting the Motion for Judgment of Discharge filed by plaintiff General Motors LLC ("GM"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.　GM shall hold the decedent Felix Fletcher Fowler's pension plan benefits in trust as each monthly benefit under the pension plan becomes due and owing, to be payable upon the determination by the Court of the proper beneficiary for the plan benefits in accordance with the pension plan terms.  Thereafter, each monthly plan benefit shall be payable to the proper beneficiary as determined by the Court and in accordance with the pension plan terms.

2.	The Court discharges GM from any liability with respect to the subject pension plan benefits.

3.	Defendants Carolyn Jeanne Fowler and Carolyn Denise Washington are enjoined from instituting any action or proceeding against GM, or its agents, affiliates, parents, subsidiaries, attorneys, or assigns, with respect to the decedent's pension plan or the payment of proceeds of the pension plan.

4.	GM is dismissed from this action with prejudice.

5.	GM shall have its costs of suit.

IT IS SO ORDERED.

DATED: June 16, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE